E-FILED
Monday, 07 January, 2008  12:45:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

In re:                                    )
                                          )   Case No.  08-MC-2002
JOHN FRANCIS BRENNAN                      )

## **O R D E R**

This Court has been advised by the Supreme Court of Illinois that JOHN FRANCIS BRENNAN has been suspended from the practice of law in the courts of Illinois. A copy of the Illinois Supreme Court's Order to this effect is attached hereto.

In this regard, MR. BRENNAN is advised that, pursuant to Local Rule 83.6(A), an attorney must be licensed to practice law in any state or the District of Columbia in order to be eligible to practice in this District. This raises the question of whether MR. BRENNAN should be suspended from practice in this District. Local Rule 83.6(A) provides:

(A)  Discipline.

> When it is shown to a judge of this court that any member of the bar of this court has been suspended or disbarred from practice in any other court of record, or has been guilty of conduct unbecoming a member of the bar of this court, the member will be subject to suspension, disbarment, or other appropriate disciplinary action by the court. The member shall be afforded an opportunity to show good cause, within such time as the court shall prescribe, why the member should not be suspended, disbarred or otherwise disciplined. Upon the member's response to the rule to show cause, and after hearing, if requested, or upon expiration of the time prescribed for a response if no response is made, the court shall enter an appropriate order.

Accordingly, this Court grants MR. BRENNAN ten (10) days from the date of this Order within which to show cause, in writing, why this Court should not suspend him from practice in this District.

ENTERED this 7th day of January, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE

E-FILED
Monday, 07 January, 2008 03:22:42 PM
Clerk, U.S. District Court, ILCD

```
                         STATE OF ILLINOIS
                          SUPREME COURT
```

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the twelfth day of November, 2007.

```
              Present: Robert R. Thomas, Chief Justice
   Justice Charles E. Freeman      Justice Thomas R. Fitzgerald
   Justice Thomas L. Kilbride      Justice Rita B. Garman
   Justice Lloyd A. Karmeier       Justice Anne M. Burke
```

---

On the twentieth day of November, 2007, the Supreme Court entered the following judgment:

In re:                                              08-mc-2002

    M.R.21857

John Francis Brennan                         Attorney
7455 W. Ute Lane                             Registration and
Palos Heights, IL  60463-2045                Disciplinary
                                             Commission
                                             07CH24

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent John Francis Brennan is suspended from the practice of law for two (2) years and until further order of the Court.

Order entered by the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court, this twentieth day of November, 2007.

*Juleann Hornyak*

Clerk,
Supreme Court of the State of Illinois