**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 08-MC-2002 |
| JOHN FRANCIS BRENNAN ) | |

# O R D E R

On November 20, 2007, JOHN FRANCIS BRENNAN was suspended by the Supreme Court of Illinois, In re: M.R. 21857, for a period of two (2) years. Mr. Brennan was ordered to show cause within ten (10) days, in writing, why he should not be suspended from practice in this District. To date, Mr. Brennan has not responded to the order to show cause.

Accordingly, IT IS ORDERED that JOHN FRANCIS BRENNAN is hereby suspended from practicing in this Court for a period of two (2) years and until further order of the Court.

ENTERED this 30th day of January, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE